No. 11-7203. Jeffery L. Walker, Petitioner v. Kenneth S. Tucker, Secretary, Florida Department of Corrections, et al.

565 U.S. 1126, 132 S. Ct. 1034, 181 L. Ed. 2d 762, 2012 U.S. LEXIS 298.

January 9, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

No. 11-7204. Giles W. Witherspoon, Petitioner v. Delaware County Court of Common Pleas.

565 U.S. 1126, 132 S. Ct. 1034, 181 L. Ed. 2d 762, 2012 U.S. LEXIS 35.

January 9, 2012. Petition for writ of certiorari to the Supreme Court of Pennsylvania, Middle District, denied.

No. 11-7207. Manuel Escobedo, Petitioner v. Larry Small, Warden.

565 U.S. 1126, 132 S. Ct. 1035, 181 L. Ed. 2d 762, 2012 U.S. LEXIS 76.

January 9, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

No. 11-7208. Steve Joseph Noble, Petitioner v. D. Adams, et al.

565 U.S. 1126, 132 S. Ct. 1035, 181 L. Ed. 2d 762, 2012 U.S. LEXIS 33.

January 9, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 646 F.3d 1138.

No. 11-7209. Calvin B. Nelson, Petitioner v. Tyrone Williams, et al.

565 U.S. 1126, 132 S. Ct. 1035, 181 L. Ed. 2d 762, 2012 U.S. LEXIS 306.

January 9, 2012. Petition for writ of certiorari to the United States Court of Appeals for the District of Columbia Circuit denied.

No. 11-7210. Lyle A. Crook, Petitioner v. Matthew Cate, Secretary, California Department of Corrections and Rehabilitation.

565 U.S. 1126, 132 S. Ct. 1035, 181 L. Ed. 2d 762, 2012 U.S. LEXIS 32.

January 9, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

No. 11-7211. David P. Stevens, Petitioner v. Angel Medina, Warden, et al.

565 U.S. 1126, 132 S. Ct. 1035, 181 L. Ed. 2d 762, 2012 U.S. LEXIS 365.

January 9, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit denied.

Same case below, 438 Fed. Appx. 700.

No. 11-7216. David Dickson, Petitioner v. John Kerestes, Superintendent, State Correctional Institution at Mahanoy, et al.

565 U.S. 1127, 132 S. Ct. 1035, 181 L. Ed. 2d 762, 2012 U.S. LEXIS 23.

January 9, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.